UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS F., JR.,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                          Defendant. | Case No.: 3:20-cv-2430-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

On December 14, 2020, plaintiff Tomas F., Jr. commenced an action against Andrew M. Saul, the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. Doc. No. 1. Plaintiff also filed an Application to Proceed with his Complaint *in forma pauperis*. Doc. No. 2.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it
/ /

shows that the applicant cannot pay the fee "and still be able to provide himself and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's application states that he is unemployed and has limited income and assets. Plaintiff's sole income is $449.00 in monthly public assistance, and his only asset is a bank account which has a balance of $150.00. Doc. No. 2 at 2, 5. Plaintiff's monthly expenses, consisting of rent and food, are $420.00. *Id.* at 4-5. Therefore, the Court finds that plaintiff has sufficiently shown he lacks the financial resources to pay the filing fee.

Accordingly, plaintiff's Application to Proceed with his Complaint *in forma pauperis* [Doc. No. 2.] is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 15, 2020

Hon. Karen S. Crawford
United States Magistrate Judge